JOSEPH BLUMENTHAL, as Receiver, etc., Respondent, *v.* BEN-JAMIN F. EINSTEIN et al., as Trustees, etc., Appellants.*

(Argued May 24, 1895; decided June 11, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 16, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*A. R. Dyett* for appellants.

*William Man* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

In the Matter of the Probate of the Last Will and Testament of WILLIAM V. CLARK, Deceased.

(Argued May 24, 1895; decided June 11, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 4, 1894, which affirmed a decree of the surrogate of Saratoga county confirming probate of the last will and testament of William V. Clark, deceased, and revoking probate of a codicil thereto dated December 17, 1889.

*John Foley* for appellants.

*J. S. L'Amoreaux* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 81 Hun, 415.